**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> OBTEEN N. NASSIRI, D.C., *et al.*, <br><br> Defendants. | 2:15-cv-01434-GMN-VCF <br> **ORDER** |

Before the court is Plaintiffs' *Ex Parte* Application to Serve Defendants Obteen Nassiri, Jennifer Nassiri, DAA Trust, and Good Hands Chiropractic by Publication (#48).

Pursuant to Local Rules 7-5(b) and (c), *ex parte* motions must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties and requests may be summited *ex parte* only for compelling reasons, and not for unopposed or emergency motions. Here, Plaintiffs have not stated any reason why this motion should be considered *ex parte*. Defendants Jim Anderson, Christyn Anderson, Anderson Family Trust, 181 Rusty Plank, LLC, and Adroon, LLC have appeared in this matter, and should receive notice of this motion by electronic service.

Accordingly,

IT IS HEREBY ORDERED that the *ex parte* status on Plaintiffs' *Ex Parte* Application to Serve Defendants Obteen Nassiri, Jennifer Nassiri, DAA Trust, and Good Hands Chiropractic by Publication (#48) be removed.

The Court of Clerk is directed to email a copy of this motion to Defendants Jim Anderson, Christyn Anderson, Anderson Family Trust, 181 Rusty Plank, LLC, and Adroon, LLC. Any opposition to the

motion must be filed on or before October 9, 2015 and any Reply in Support of the motion to serve by publication must be filed on or before October 19, 2015.

DATED this 22nd day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE