**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> OBTEEN N. NASSIRI, D.C., *et al.*, <br><br> Defendants. | 2:15-cv-01434-GMN-VCF <br> **ORDER** |

Before the court is Defendant Obteen N. Nassiri, D.C., Jennifer Nassiri, DAA Trust, and Harley Truck, LLC's Motion to Extend Time to Respond to Written Discovery Requests (#83).

IT IS HEREBY ORDERED that a hearing on Defendant Obteen N. Nassiri, D.C., Jennifer Nassiri, DAA Trust, and Harley Truck, LLC's Motion to Extend Time to Respond to Written Discovery Requests (#83) is scheduled for 1:00 p.m., April 29, 2016, in courtroom 3D.

DATED this 13th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE