UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ALLSTATE INSURANCE COMPANY, *et al.*,

Plaintiffs,

vs.

OBTEEN N. NASSIRI, D.C., *et al.*,

Defendants.

2:15-cv-01434-GMN-VCF

**ORDER**

Before the court is the Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company and Allstate Indemnity Company's Motion to Extend Discovery (ECF No. 98).

IT IS HEREBY ORDERED that a hearing on Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company and Allstate Indemnity Company's Motion to Extend Discovery (ECF No. 98) is scheduled for 2:00 p.m., July 19, 2016, Courtroom 3D.

DATED this 8th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE