**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ALLSTATE INSURANCE COMPANY, *et al.*,

Plaintiffs,

vs.

OBTEEN N. NASSIRI, D.C., *et al.*,

Defendants.

2:15-cv-01434-GMN-VCF

**ORDER**

Before the Court is Plaintiffs' motion to extend discovery (ECF No. 127).

IT IS HEREBY ORDERED that a hearing on Plaintiffs' motion to extend discovery (ECF No. 127) is scheduled for 2:00 PM, April 19, 2017, in Courtroom 3D.

DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE