# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> OBTEEN N. NASSIRI, D.C., *et al.*, <br><br> Defendants. | 2:15-cv-01434-GMN-VCF <br> **ORDER** |

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to extend discovery (ECF No. 127) scheduled for 2:00 PM, April 19, 2017 is VACATED and RESCHEDULED to 1:00 PM, April 18, 2017, in Courtroom 3D.

DATED this 5th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE