Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
John M. Langeveld, Esq.
Nevada Bar No. 11628
jlangeveld@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
(702) 796-4000
Attorneys for Defendants,
JIM ANDERSEN, CHRISTYN ANDERSEN,
ANDERSEN FAMILY TRUST, 181 RUSTY PLANK, LLC,
and ADROON, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OBTEEN N. NASSIRI, D.C., individually, JENNIFER NASSIRI, individually, JIM ANDERSEN, individually, CHRISTYN ANDERSEN, individually, DAA TRUST, a Nevada Trust, HARLEY TRUCK, LLC, a Nevada limited liability company, 181 RUSTY PLANK, LLC, a Nevada limited liablity company, ANDERSEN FAMILY TRUST, a Nevada trust, ADROON, LLC, a Nevada limited liability company, 2111 S. MARYLAND, LLC, a Nevada limited liability company, FAA FOI TUITAMA, individually, ADVANCED MED LLC, a California limited liablity company, MTC WEST COAST MEDICAL TRAINING CENTERS, an entity of unknown origin, VALLEY WELLNESS AND RECOVERY, an entity of unknown origin, GOOD HANDS CHIROPRACTIC, INC. dba GOOD HAND CHIROPRACTIC, a Nevada Corporation.<br><br>Defendants. | Case No. 2:15-cv-01434<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST JIM ANDERSEN, CHRISTYN ANDERSEN, ANDERSEN FAMILY TRUST, 181 RUSTY PLANK, LLC AND ADROON, LLC** |

///

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST JIM ANDERSEN, CHRISTYN ANDERSEN, ANDERSEN FAMILY TRUST, 181 RUSTY PLANK, LLC AND ADROON, LLC

COMES NOW, Defendants, JIM ANDERSEN ("Jim Andersen"), CHRISTYN ANDERSEN ("Christyn Andersen"), ANDERSEN FAMILY TRUST ("Trust"), 181 RUSTY PLANK, LLC ("Rusty Plank"), and ADROON, LLC ("Adroon"), (hereinafter, collectively "Andersen Defendants"), by and through their attorneys of record, GERRARD, COX & LARSEN, and ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLSTATE INDEMNITY COMPANY ("Allstate") by and through their attorneys the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and hereby STIPULATE and AGREE, that all claims, causes of action, counterclaims, defenses, or other causes of action that have been, or could have been asserted in this action, by and between the Andersen Defendants and Allstate, shall be dismissed WITH PREJUDICE, with each party to bear their own attorneys fees and costs.

**GERRARD COX LARSEN**

*/s/ John Langeveld*

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
John M. Langeveld, Esq.
Nevada Bar No. 11628
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
Attorneys for Defendants,
JIM ANDERSEN, CHRISTYN ANDERSEN,
ANDERSON FAMILY TRUST,
181 RUSTY PLANK, LLC,
AND ADROON, LLC

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Jared P. Green*

Jared P. Green, Esq.
Nevada Bar No. 10059
Dylan P. Todd, Esq.
Nevada Bar No. 10456
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113
*Attorneys for Plaintiffs*
ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY, and ALLSTATE
INDEMNITY COMPANY

## ORDER

Based upon the stipulation and agreement of the parties as set forth above,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims, causes of action, counterclaims, defenses, or other causes of action that have been, or could have been asserted in this action, by and between the Andersen Defendants and Allstate, shall be dismissed WITH PREJUDICE, with each party to bear their own attorneys fees and costs.

DATED this 20 day of July, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**GERRARD COX LARSEN**

_____
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
John M. Langeveld, Esq.
Nevada Bar No. 11628
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
Attorneys for Defendants,
JIM ANDERSEN, CHRISTYN ANDERSEN,
ANDERSON FAMILY TRUST,
181 RUSTY PLANK, LLC,
AND ADROON, LLC