Dylan P. Todd
Nevada Bar No. 10456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
dylan.todd@mccormickbarstow.com

Eron Z. Cannon
Nevada Bar No. 8013
Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane PLLC
701 5th Avenue #4750
Seattle, WA 98104
206/749-0094
eron@favros.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

****

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., individually, JENNIFER NASSIRI, individually, JIM ANDERSEN, individually, CHRISTYN ANDERSEN, individually, DAA TRUST, a Nevada Trust, HARLEY TRUCK, LLC, a Nevada limited liability company, 181 RUSTY PLANK, LLC, a Nevada limited liability company, ANDERSEN FAMILY TRUST, a Nevada trust, ADROON, LLC, a Nevada limited liability company, 2111 S. MARYLAND, LLC, and Nevada limited liability company, FAA FOI TUITAMA, individually, ADVANCED MED LLC, a California limited liability company, GREEN TREE SERVICES, LLC, dba MTC WEST COAST MEDICAL TRAINING CENTERS, a Nevada limited-liability company, VALLEY WELLNESS AND RECOVERY, an entity of | Case No. 2:15-cv-1434-GMN-VCF<br><br>**JOINT STATUS REPORT RE: PENDING SETTLEMENT MATTERS AND POTENTIAL CASE CONCLUSION** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2:15-cv-1434-GMN-VCF

JOINT STATUS REPORT RE: PENDING SETTLEMENT MATTERS AND
POTENTIAL CASE CONCLUSION

unknown origin, and, GOOD HANDS CHIROPRACTIC, INC. dba GOOD HANDS CHIROPRACTIC, a Nevada corporation,

Defendants.

The above parties through their respective counsels for record hereby submit the following joint interim status report and order to update the Court on the status of recent case developments, including potential settlement and a stay of all dispositive motions pending completion of settlement agreement.

I. **CASE POSTURE**

A. **Status of Pending Motions**

This case is currently in the dispositive motion phase, and there are three (3) motions currently before the Court. They are:

- Green Tree Defendants' Motion to Dismiss 2nd Amended Complaint (Dkt.#128);
- Green Tree Defendants' Motion for Summary Judgment (Dkt. #150); and
- Plaintiffs' Motion for Spoliation of Evidence Sanctions (Dkt. #161).

The motion to dismiss second amended complaint has been fully briefed and is pending before the Court. By contrast, both the motion for summary judgment and the motion for spoliation of evidence sanctions are in the briefing stage, and are not yet ripe for consideration by the Court.

An Interim Status Report was filed with the Court on December 15, 2016 (Dkt. #107). The parties indicated three (3) potential trial dates between September and October, 2017, however to date no trial date has been set. This is very likely in large part to the outstanding discovery matters that we have been outlined in detail in the Joint Status Report Regarding Outstanding Discovery Matters on August 8, 2017 (Dkt. #155). The outstanding discovery matters also contributed to the extensions of time granted by the Court in responding to Green Tree Defendants' Motion for Summary Judgment. An Order Granting the Third Extension of Time to Respond to the Motion for Summary Judgment was entered by the Court on October 10, 2017.

(Dkt. #163). This extension provided for Plaintiffs' response to be filed by October 16, 2017. *Id.*[1]
These aforementioned discovery matters also formed the basis of Plaintiffs' motion for spoliation of evidence sanctions. (Dkt. #161).

B. <u>Agreement to Stay of Dispositive Motions</u>

By October 13, 2017, the parties were engaged in serious settlement discussions that carried over into the weekend. On October 16, 2017, the parties reached and preliminary agreement in principle as to the amount of settlement that would resolve the lawsuit as to all parties. There are still several material terms and conditions of this potential settlement that need to be resolved before a formal agreement can be reached. The parties are currently working towards resolving these remaining material and principle terms. To that end, the parties have agreed to a general stay of thirty (30) days with respect to all dispositive motions in order to focus on completing a settlement agreement.

This agreement to stay responses to dispositive motions includes: 1) Plaintiffs' response to Green Tree Defendants' motion for summary judgment as well as Green Tree Defendants' Reply; and 2) all Defendants' response to the motion for spoliation of evidence sanctions as well as Plaintiffs' Reply[2].

II. **REQUEST FOR STAY AND STATUS HEARING**

Pursuant to the efforts outlined above by all parties to resolve this matter completely, they request the Court issue a stay of thirty (30) days on responses and replies to all dispositive motions so that a complete settlement can be reached. The remaining issues involve material terms between Plaintiffs and Defendant Obteen Nassiri, that if reached, would conclude this litigation as to all Defendants (including the Green Tree Defendants). The parties believe that these remaining

---

[1] As outlined in the sections below, the parties have agreed to a 30-day "stay" of all dispositive motion practice, including responses to motions, while settlement is finalized and formalized between the parties. As such, Plaintiffs (per this agreement) will not be filing their response to summary judgment at this time.

[2] Plaintiffs have been informed by Nassiri's counsel that his response to the spoliation of sanctions motion was filed on October 16th prior to the final agreement for the stay being in place. Regardless of the filing, the parties are in agreement on the stay for this motion as to all parties.

terms and conditions can be reached by and between the parties directly with no need for mediation, settlement conference or other form of alternative dispute resolution.

The parties also request a thirty (30) day status report from today to inform and advise the Court on the status of this preliminary settlement agreement. While the parties are hopeful that settlement can be completed and terms agreed to, they also understand that as of yet there is still work to do and there is always the possibility that a final agreement as to material terms may not be reached. In the event that this unlikely scenario occurs, the parties can report to the Court that settlement could not be reached and present briefing/response deadlines so that the pending motions can be reinstituted. If a full agreement is reached and executed, then the parties can so report in that supplemental status report.

### III. CONCLUSION

The parties hereby request a 30-day stay of all dispositive motions pending the completion of settlement discussions between the parties to come to a final resolution of this litigation. The parties request an Order for a supplemental status report to be filed with the Court within 30 days to advise whether a full and complete settlement has been reached.

In the event settlement is not reached, the dates shall be issued for the completion of the briefing of the pending dispositive motions.

DATED this 17th day of October, 2017          DATED this 17th day of October, 2017

McCORMICK, BARSTOW, SHEPPARD,                 FRIZELL LAW FIRM PC
WAYTE & CARRUTH LLP


By   /s/ Dylan Todd                           By   /s/ Duane Frizell
   Dylan P. Todd                                 R. Duane Frizell
   Nevada Bar No. 10456                          Nevada Bar No. 9807
   Jared P. Green                                400 North Stephanie Street, Suite 265
   Nevada Bar No. 10059                          Henderson, Nevada 89014
   8337 West Sunset Road, Suite 350              Attorneys for Defendants Faa Foi Tuitama,
   Las Vegas, Nevada 89113                       Advanced Med LLC, and Green Tree
   Tel. (702) 949-1100                           Services LLC
   Attorneys for Plaintiffs

///

///

DATED this 17th day of October, 2017

HUTCHISON & STEFFEN

By /s/ Todd Moody
Todd L. Moody
Nevada Bar No. 005430
10080 W. Alta Drive
Las Vegas, NV 89145
Attorney for HARLEY TRUCK, LLC,
OBTEEN NASSIRI, D.C., JENNIFER
NASSIRI, DAA TRUST

IT IS SO ORDERED.

DATED this 24th day of October, 2017.

_____
UNITED STATES MAGISTRATE ~~COURT~~ JUDGE

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, November 27, 2017, in courtroom 3D.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

5

2:15-cv-1434-GMN-VCF

JOINT STATUS REPORT RE: PENDING SETTLEMENT MATTERS AND
POTENTIAL CASE CONCLUSION

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2017, a true and correct copy of **JOINT STATUS REPORT RE: PENDING SETTLEMENT MATTERS AND POTENTIAL CASE CONCLUSION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

## SERVICE LIST

**John M. Langeveld**
GERRARD, COX & LARSEN
2450 St Rose Parkway
Henderson, NV 89074
*Attorney for JIM ANDERSEN; ADROON, LLC; CHRISTYN ANDERSEN; 181 RUSTY PLANK, LLC; ANDERSEN FAMILY TRUST*

**Douglas D. Gerrard**
GERRARD, COX & LARSEN
2450 St. Rose Parkway #200
Henderson, NV 89074
*Attorney for JIM ANDERSEN; ADROON, LLC; CHRISTYN ANDERSEN; 181 RUSTY PLANK, LLC; ANDERSEN FAMILY TRUST*

**Todd L. Moody**
HUTCHISON & STEFFEN
10080 W. Alta Drive
Las Vegas, NV 89145
*Attorney for HARLEY TRUCK, LLC, OBTEEN NASSIRI, D.C., JENNIFER NASSIRI, DAA TRUST*

**Robert Duane Frizell**
Frizell Law Firm, PLLC
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
dfrizell@frizelllaw.com
*Attorney for FAA FOI TUITAMA; ADVANCED MED LLC; GREEN TREE SERVICES, LLC*

**UNREPRESENTED AS OF 1/21/16**

**2111 S. Maryland, LLC**
**MTC West Coast Medical Training Centers**
**Valley Wellness and Recovery**
**Good Hands Chiropractic, Inc.**

By /s/ Tricia Dorner
Tricia Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01462 4755237.1