Todd L. Moody (5430)
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
tmoody@hutchlegal.com

*Attorneys for Obteen N. Nassiri, D.C.,*
*Jennifer Nassiri, DAA Trust, and Harley Truck, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, | Case No.: 2:15-cv-01434-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE NOVEMBER 27, 2017 STATUS CHECK HEARING** |
| OBTEEN N. NASSIRI, D.C., *et al.*, | |
| Defendant | |

        The parties hereto, by and through their respective counsel of record hereby stipulate to continue the status check hearing set for Monday, November 27, 2017 at 11:00 a.m. with the Honorable Magistrate Judge Cam Ferenbach. The parties have a tentative settlement and are finalizing the terms of the settlement release. Accordingly, the parties are requesting the status

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

hearing scheduled on Monday, November 27, 2017 be continued 30 days to finalize the terms

of the settlement.

DATED:  November 21, 2017           DATED:  November 21, 2017

  HUTCHISON & STEFFEN              McCORMICK, BARSTOW, SHEPPARD
                                     WAYTE & CARRUTH, LLP


By:  /s/Todd L. Moody              By: /s/Dylan P. Todd
    Todd L. Moody (5430)               Dylan P. Todd (10456)
    10080 West Alta Drive, Suite 200   8337 W. Sunset Rd., Ste 350
    Las Vegas, NV 89145                Las Vegas, NV 89113

    *Attorneys for Defendants, Obteen N.*    *Attorneys for Plaintiffs*
    *Nassiri, D.C., Jennifer Nassiri, DAA*
    *Trust, and Harley Truck, LLC*


DATED:  November 21, 2017

FRIZELL LAW FIRM, PLLC


By:  /s/Robert Duane Frizell
    Robert Duane Frizell
    400 N. Stephanie Street, Suite 265
    Las Vegas, NV 89014

    *Attorneys for Defendants FAA Foi*
    *Tuitama, Advanced Med LLC and Green*
    *Tree Services LLC*

**ORDER**

        IT IS SO ORDERED this 21st day of November, 2017.



_____
        U.S. MAGISTRATE JUDGE

Submitted By:                      IT IS HEREBY ORDERED that the status hearing
                                   scheduled for November 27, 2017 is VACATED
HUTCHISON & STEFFEN                and RESCHEDULED to 11:00 AM, January 3,
                                   2018, in Courtroom 3D.


/s/Todd L. Moody
Todd L. Moody (5430)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants Obteen N. Nassiri, D.C.,*
*Jennifer Nassiri,DAA Trust, and Harley Truck, LLC*