Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099
dtodd@fgppr.com
lgorlin@fgppr.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY AND ALLSTATE FIRE & <br><br>Plaintiff,<br><br>vs.<br><br>OBTEEN N. NASSIRI, D.C., et al.,<br><br>Defendants. | CASE NO. 2:15-cv-01434--GMN-VCF <br><br><br>**[PROPOSED] ORDER TO RELEASE SECURITY BOND** |

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company and Allstate Indemnity Company (collectively "Allstate") by and through their attorneys for record, hereby the Court issue an Order to release the Security Bond deposited with this court on April 28, 2016.

Defendants FAA FOI Tuitama, Advanced Med, LLC and Green Tree Services LLC filed a Motion for Security Costs [ECF No. 54] on October 15, 2015.  Allstate filed a response to the Motion [ECF No. 57] on November 11, 2015. Defendants FOI Tuitama, Advanced Med, LLC and Green Tree Services filed its reply in support of its motion on November 23, 2015 [ECF No. 58].   The Court issued its Order Granting the Motion for

- 1 -

Security Costs on April 22, 2016 [ECF No. 91] See **Exhibit A**. On April 28, 2016 Allstate deposited the security costs ($4,500.00) with the Court [ECF 94]. **See Exhibit B**.

This case was closed in April in 2018. Allstate respectfully requests this Court to issue an order releasing the security bond.

The current owner of the bond is McCormick Barstow. Allstate requests the total bond amount ($4,500.00) plus interest be payable to them.

Dated this 20th day of March, 2020.

> FORAN GLENNON PALANDECH PONZI
> & RUDLOFF PC
>
>
> By: ___/s/ Dylan Todd_____
> Dylan P. Todd (NV Bar No. 10456)
> Lee H. Gorlin (NV Bar No. 13879)
> 2200 Paseo Verde Parkway, Suite 280
> Henderson, NV 89052
>
> *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED** that the Security Bond in the above-entitled matter be released.

Dated this  23  day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **[PROPOSED] ORDER TO RELEASE SECURITY BOND** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: March 20, 2020

                                       */s/ Rita Tuttle*
                                       An Employee of Foran Glennon

# EXHIBIT A

Order

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OBTEEN N. NASSIRI, D.C., et al., <br><br> Defendants. | Case No.: 2:15-cv-01434-GMN-VCF <br><br> **ORDER** |

Pending before the Court is a Demand for Security of Costs (ECF No. 54) pursuant to Nevada Revised Statutes § 18.130 filed by Defendants Faa Foi Tuitama, Advanced Med LLC, and Green Tree Services, LLC (collectively "Defendants"). Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, and Allstate Indemnity Company (collectively "Plaintiffs") filed a Response (ECF No. 57), and Defendants filed a Reply (ECF No. 58). For the reasons set forth below, the Motion is granted.

**I.   BACKGROUND**

Plaintiffs' Complaint alleges that Defendants engaged in a series of fraudulent transfers in violation of Nevada Uniform Fraudulent Transfer Act, Nev. Rev. Stat. §§ 112.140, *et seq.*, and invokes the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Compl. ¶¶ 2, 24, ECF No. 1). Defendants subsequently filed the instant Demand for Security of Costs (ECF No. 54).

**II.   LEGAL STANDARD**

The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel*

1 *Operating Co.*, 37 F.3d 573, 574 (9th Cir. 1994). Under Nevada law, "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant." NRS § 18.130(1). "After the lapse of 30 days from the service of notice that security is required . . . upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS § 18.130(4). It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS § 18.130 in diversity actions. *See, e.g.*, *Feagins v. Trump Org.*, No. 2:11-cv-01121-GMN, 2012 WL 925027, at *1 (D. Nev. Mar. 19, 2012).

### III. DISCUSSION

Plaintiffs argue that requiring a security for costs would be inappropriate as "their presence in Nevada is so strong that there is no danger of Plaintiffs being unavailable to pay any costs they may be ultimately responsible for." (Resp. 2:21–22). Plaintiffs admit, however, that they are "citizens and residents of the State of Illinois." (Compl. ¶ 2). Accordingly, because Plaintiffs reside outside of Nevada, each Plaintiff is required to provide security in the amount of $500.00 per Defendant pursuant to NRS § 18.130.

### IV. CONCLUSION

**IT IS HEREBY ORDERED** that the Motion Demanding Security of Costs (ECF No. 54) is **GRANTED**.

**IT IS FURTHER ORDERED** that each Plaintiff must submit a bond pursuant to this Order in the amount of $500.00 per Defendant. Failure to do so within fourteen days of the filing date of this Order shall constitute grounds for dismissal.

**DATED** this __22__ day of April 2016.

Gloria M. Navarro, Chief Judge
United States District Judge

# EXHIBIT B

Certificate of Deposit

# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

v.

OBTEEN N. NASSIRI, D.C., individually, JENNIFER NASSIRI, individually, JIM ANDERSEN, individually, CHRISTYN ANDERSEN, individually, DAA TRUST, a Nevada Trust, HARLEY TRUCK, LLC, a Nevada limited liability company, 181 RUSTY PLANK, LLC, a Nevada limited liability company, ANDERSEN FAMILY TRUST, a Nevada trust, ADROON, LLC, a Nevada limited liability company, 2111 S. MARYLAND, LLC, and Nevada limited liability company, FAA FOI TUITAMA, individually, ADVANCED MED LLC, a California limited liability company, GREEN TREE SERVICES, LLC, dba MTC WEST COAST MEDICAL TRAINING CENTERS, a Nevada limited-liability company, VALLEY WELLNESS AND RECOVERY, an entity of unknown origin, and, GOOD HANDS CHIROPRACTIC, INC. dba GOOD HANDS CHIROPRACTIC, a Nevada corporation,

Defendants.

CV 2:15-cv-1434-GMN-VCF

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 28 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## CERTIFICATE OF CASH DEPOSIT

1. I, **Michael Merritt, Esq.**, herewith tender to the Clerk
   (Name of Depositor)
   of Court for deposit into the Registry Account of this Court cash in the amount of
   $ **4,500.00**.

2. This Cash Deposit:

   A. Is tendered on behalf of: **Allstate Entities, Plaintiffs**;
   (Name of Party)

   B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.): Demand for Security Costs

   C. Is tendered pursuant to the following Court Order (attached):
   Docket Number 91

   D. Is conditioned as follows: _____

...

1

COPY

Paid Amt $ 4500   Date 4/28/16
Receipt # 1953   Initials ₽

1  . . .

2

3     3.     The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

5     **McCormick Barstow**

6     8337 W. Sunset #350

7     Las Vegas, NV 89113

8

9  State of Nevada          )                Dated: **April 27, 2016**
                            ) ss.
10 County of **Clark**      )                _____
                                             Signature of Depositor
11 On **April 27, 2016**
   personally appeared before me, a
12 Notary Public,

13 **Michael Merritt, Esq.**

14    (Name of Depositor)
   who acknowledged that (s)he
15 executed the above instrument.

16

17 _____
      NOTARY PUBLIC           Dated: _____
18

19                 REGINA M. HAMPTON        Signature of Attorney for
                Notary Public, State of Nevada    Party or Party Appearing
20              Appointment No. 10-2407-1        Pro Se (If different from
                My Appt. Expires Jun 1, 2018     Depositor)
21

22 RECEIPT:

23 Cash as identified herein is
   hereby acknowledged as being
24 received this date.

25 Dated: 4/28/16

26 CLERK, U.S. DISTRICT COURT

27 By: _____
         Deputy Clerk
28
                                   2





```
FILED          ___ RECEIVED
ENTERED        ___ SERVED ON
      COUNSEL/PARTIES OF RECORD

        APR 28 2016

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS041953
Cashier ID: psmythe
Transaction Date: 04/28/2016
Payer Name: McCormick Barstow

COMM REG MONEY MARKET
For: McCormick Barstow
Case/Party: D-NVX-2-15-CV-001434-001
Amount: $4,500.00

CHECK/MONEY ORDER
Remitter: MCCORMICK BARSTOW
Check/Money Order Num: 6765
Amt Tendered: $4,500.00

Total Due:       $4,500.00
Total Tendered:  $4,500.00
Change Amt:      $0.00

080: ALLSTATE ENTITIES
15-CV-1434

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."